# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Wells Fargo Bank, N.A.

101 North Phillips Avenue

Sioux Falls, SD 57104

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Vernon Williams©™ Judith Williams©™

c/o 1204 Mount Vernon Street

Philadelphia County

Pennsylvania republic state [19123]

Defendant(s)
Notice of Removal To the
Clerk of the
United States District Court
Eastern District of Pennsylvania

from

In the Court of Common Pleas of Philadelphia County
First Judicial District of Pennsylvania
Case ID 231003387 for removal

## COMPLAINT

Jury Trial:  ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number.

| Plaintiff | Name | Wells Fargo Bank, N.A. |
|---|---|---|
| | Street Address | 101 North Phillips Avenue |
| | County, City | Sioux Falls, SD 57104 |
| | State & Zip Code | South Dakota 57104 |
| | Telephone Number | 605-575-6900 |

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Petitioner

Name ___ VERNON WILLIAMS ©™ ___ Beneficiary
Street Address ___ 1204 MOUNT VERNON STREET
County, City ___ PHILADELPHIA
State & Zip Code ___ PENNSYLVANIA [19123]

Defendant No. 2
Petitioner

Name ___ JUDITH WILLIAMS ©™ ___ Beneficiary
Street Address ___ 1204 MOUNT VERNON STREET
County, City ___ PHILADELPHIA
State & Zip Code ___ PENNSYLVANIA [19123]

Defendant No. 3

Name ___
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 4

Name ___
Street Address ___
County, City ___
State & Zip Code ___

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions       ☒ Diversity of Citizenship       Both questions apply

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ___

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  South Dakota

Defendant(s) state(s) of citizenship  Republic State Pennsylvania

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?
Philadelphia County or outside county in Pennsylvania upon defendants information and belief, see exhibits A-E

B. What date and approximate time did the events giving rise to your claim(s) occur?  approximate dates on or around 12 / 11/ 2007  and on 12/ 27/ 2007. "exact dates is unbeknownst to the defendants, see exhibits A-E

[What happened to you?]

C. Facts: Cause of action arises from forged signatures used on counterfeit securities, see exhibits A-E

[Who did what?]

Plaintiffs used Pennsylvania State Notary Public officer and its employee to authenticate forged signatures on security instruments in some unknown location, see
exhibits A-E

[Was anyone else involved?]

Those involved was Plaintiffs there employees] and Pa State Notary Public Officer named Craig Cotton.
Upon defendants information and belief, see
exhibits A-E

[Who else saw what happened?]

Those who saw what happen, was the person [s] who signed the forged securities, the plaintiffs and their employee and the Pennsylvania state Notary Public Officer Craig Cotton,see    exhibits A-E

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Defendants was injured financially and personally by the plaintiffs false misrepresentations, false statements, "Dolus" acts of forging securities in the name without our knowledge and consent; furthermore, enduring the personal embarrassment, unrelenting humiliation; thereby, committing damage to our collective character, in addition to diminishing the defendant's reputation and standing in our respective community.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

**Relief:** Court provide an order in favor of defendants against plaintiff in the amount of USD $343,000.00 for **"Actual damaged"**, **"Punitive damaged"** in the amount of USD $1,029.000.00 and **"Statutory damages"** in the amount of USD $1,000.000.00

Provide a order to remove all plaintiff liens encumbrances, unknown forged an rubber stamped mortgages from the defendants property at 1204 Mount Vernon Street Philadelphia, Pennsylvania [19123] from the County of Philadelphia Recorder of Deeds Office.

**The basis for such compensation;** the plaintiff false deceptive and DOLUS acts induced the unsuspecting defendants without a consummation of a contract between the parties to part with valuable economic resources

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of December, 2023.

signed without recourse without prejudice

Signature of A. Rep. POA _William-Vernon-Ricardo_
Mailing Address   c/o 1204 Mount Vernon Street
                  Philadelphia Pennsylvania
                  USPS [19123]
Telephone Number  215-275-0480
Fax Number (if you have one)  non
E-mail Address    xyzcredit@gmail.com

State of Pennsylvania
County of PHILADEPHIA   } ss

Commonwealth of Pennsylvania - Notary Seal
MUHAMMAD Y. ABDUL-MALIK, Notary Public
Philadelphia County
My Commission Expires April 1, 2025
Commission Number 1000093

_Muhammad Y. Abdul-Malik_

Rev. 10/2009                                   - 5 -

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

## NOTICE OF REMOVAL: *WELLS FARGO BANK, N.A. vs Williams ETAL October Term 2023 No.231003387*

To: EASTERN DISTRICT OF PENNSYLVANIA OFFICE OF CLERK UNITED STATES DISTRICT COURT 600 Market Street Philadelphia Pennsylvania 19106-9865

Defendant's who is unschooled in law to notice this court of enunciation of principles as state in **Haines v. Kerner**, 404 U.S. 519, and hereby make the following NOTICE OF REMOVAL without waiver of rights, remedies or defenses statutorily or procedurally at law and or in equity. Defendants reserves their rights to amend these pleadings upon new evidence in order that the truth may be ascertained and proceedings justly determined. Defendants hereby file the Notice of REMOVAL Case No. 23100338 from the Court of Common Pleas of Philadelphia County First Judicial District of Pennsylvania. *Vernon Williams*©™[2]

---

[2] *https://bit.ly/47uF7Ef* and *https://bit.ly/451k0I0*

1

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

Defendants[2] pursuant to 28 U.S.C. §§ 1331, and 1332, and as grounds for its removal as follows: *And removed is within 30 day from date of service of the plaintiff complaint.*

*The plaintiff is a corporate citizen of South Dakota a corporation incorporated under laws of South Dakota with its principal place of business in South Dakota. The defendants are consumers, organic living soles and inhabited of Commonwealth of Pennsylvania.*

*The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.*

## Statement of Claim:
### DEFENDANTS[2] COMPLAINT FOR REMOVAL

The plaintiff false deceptive and DOLUS acts induced the unsuspecting defendants without a consummation of a contract between the parties to part with valuable economic resources.

2

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

A. Location of event gave rise in Philadelphia County and/or outside Pennsylvania county. Exact location unbeknownst to the defendants.

B. Alleged dates of schemes by plaintiffs was on or around 12/11/2007 and 12/27/2007. Exact date and time is unbeknownst to the defendant's, see Exhibits A to E.

C. Cause of action arises from forged signatures used on counterfeit securities executed by plaintiffs upon information and belief.

D. Plaintiffs utilized a Pennsylvania State notary public officer to authenticate forged signatures and rubber stamped dates on security instruments; without the actual physical presence or signatures signed by the defendants.

E. Those involved was Plaintiffs and its employee[s] and Pennsylvania State Notary Public Officer Craig Cotton upon information and belief.

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

F. Those who saw what happen was the person[s] who signed the forged securities; the plaintiffs and their employee[s] and the Pennsylvania State Notary Officer Craig Cotton upon information and belief.

G. Pennsylvania Notary Public laws; it is a mandatory requirement for the recording of entries with dates of service performed and executed with signatures of the parties who presented state photo ID; which shall be recorded into a Commonwealth of Pennsylvania Notary Public log record ledger. Upon information and belief.

H. Defendants where never present at any locations where the forged securities where executed; to present photo ID or sign a Pennsylvania State Notary log record ledger that shall provide authentication and identification of all parties present.

I. Defendants was injured financially and personally by the plaintiffs false misrepresentations, false statements, "Dolus" acts of forging securities in the

4

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

defendant's name without our knowledge and consent; furthermore, enduring the personal embarrassment, unrelenting humiliation; thereby, committing damage to our collective character, in addition to diminishing the defendant's reputation and standing in our respective community.

J. Relief, provide an order in favor of the defendants against the plaintiff in the amount of USD $343,000,00 for actual damages, punitive damages in the amount of USD $1,029.000,00 and statutory damages in the amount USD $1,000.000.00.

K. Provide a order to remove all plaintiff liens encumbrances, unknown forged an rubber stamped mortgages from the defendants property at 1204 Mount Vernon Street Philadelphia, Pennsylvania [19123] from the County of Philadelphia Recorder of Deeds Office.

L. The bases for such compensation; the plaintiff false deceptive and "*DOLUS*" acts induced the unsuspecting

5

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

defendants without a consummation of a contract between the parties to part with valuable economic resources.

M. All Court of Common Pleas Pennsylvania State Court records and files by the plaintiffs Case No.231003387 is attached hereto with defendants answer; enclosed with this Notice Of Removal, and defendants Statement of Claim for Removal  (check one) "Jury Trial"

[REST OF PAGE LEFT BLANK INTENTIONALLY]

6

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

I declare under penalty of perjury 28 U.S.C. 1746(1) that the foregoing complaint is true and correct upon information and belief so help my "*God*".

Signed by: *William Vern Rice*, day of 12/11 20 23,

Williams-vernon:ricardo©™[2] A.R.  Without Recourse

---

[2] https://bit.ly/47uF7Ef and https://bit.ly/451k0I0

7

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF CLERK UNITED STATES DISTRICT COURT
600 MARKET STREET PHILADELPHIA, PA 19106-9865
**Case Removal No. 231003387 To Federal Court**
THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL
**NOTICE OF REMOVAL**

CERTIFICATE OF SERVICE

I hereby certify that on _____, ____ a copy of

Notice of Removal of complaint to federal court was send by first class United States Postal Service mail to:

BROCK SCOTT PLLC 2011 RENAISSANCE BLVD SUITE 100

KING PRUSSIA PA 19406 CAROLYN TREGLIA, ESQUIRE

Attorney for the plaintiffs, Plaintiffs address Wells Fargo Bank N.A. 101 NORTH PHILLIPS AVENUE SIOUX FALLS SD 57104.

    ss: VERNON WILLIAMS©™
    A.R. Without recourse
    c/o 1204 Mount Vernon Street
    Philadelphia Pennsylvania
    USPS [19123]

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WELLS FARGO BANK NA

**DEFENDANTS**
WILLIAMS ETAL.

(b) County of Residence of First Listed Plaintiff  SIOUX FALLS SD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  PHILADELPHIA PA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
BROCK SCOTT, PLLC 2011 RENAISSANCE BLVD
KING of Prussina, PA 19406 844-856-6646

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [✓] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [✓] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [✓] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [✓] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [✓] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | [✓] 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| [✓] 140 Negotiable Instrument | 320 Assault, Libel & Slander | | [✓] 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | [✓] 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | [✓] 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / [✓] 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / [✓] 371 Truth in Lending | 710 Fair Labor Standards Act | | [✓] 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | [✓] 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | [✓] 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| [✓] 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General | | [✓] 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / Other: 540 Mandamus & Other | IMMIGRATION | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 462 Naturalization Application | | |
| | / 555 Prison Condition | 465 Other Immigration Actions | | |
| | / 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [✓] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
the amount in controversy exceeds the sum specified by 28 U.S.C. SEC. 1332

Brief description of cause: Plaintiff False deceptive and DOLUS acts induced the defendants without a consummation of a contract to part with valuable economic resources

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [✓] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  12/11/2023

SIGNATURE OF [A.R. & POA] OF RECORD
SS: VERNON WILLIAMS A. R. POA

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE